UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JESSICA MISENER

        Plaintiff                         **MEDIATION CERTIFICATION**

    -v-                                          1:14-CV-00339

CREDIT PROTECTION
ASSOCIATION, L.P.

        Defendant.
_____

I hereby certify that :

____ Case has settled prior to scheduling first session.

____ Case has settled prior to session scheduled for _____.

X    A mediation session was held on: July 30, 2015.

[X] **Case has settled.** The parties have agreed that Plaintiff will prepare the settlement agreement and stipulation for dismissal and that the stipulation will be filed no later than September 15, 2015.

☐    **Case has not settled.** Mediation will continue on_____.

☐    **Case has not settled.** The parties may schedule another session at a later date.

☐    **Case has not settled.** Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

Date: July 30, 2015                       /s/ Michael A. Brady
                                                        Mediator