UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JESSICA MISENER,

        Plaintiff,

  v.

CREDIT PROTECTION ASSOCIATION, L.P.,

        Defendant.

_____

Civil Action No. 14-CV-00339

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED: 11/16/2015

/s/ Seth J. Andrews_____
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288

DATED: 11/16/2015

/s/ Concepcion A. Montoya_____
Concepcion A. Montoya, Esq.
Hinshaw & Culbertson, LLP
*Attorney for the Defendant*
800 Third Avenue, 13th Floor
New York, NY 10022
Phone: (212)471-6200